**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2151

DENISE CORBO,

            Plaintiff - Appellant,

      v.

LOUDOUN COUNTY PUBLIC SCHOOLS; LOUDOUN COUNTY SCHOOL
BOARD; IAN SEROTKIN, Chairman, Loudoun County School Board (in his
official capacity),

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00771-LMB-IDD)

Submitted:  September 23, 2024                    Decided:  October 8, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Matthew E. Hughes, LAW OFFICE OF MATT HUGHES, PLLC, Fairfax,
Virginia, for Appellant.  Heather K. Bardot, MCGAVIN, BOYCE, BARDOT, THORSEN
& KATZ, P.C., Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise Corbo appeals the district court's order granting Defendants' motion to dismiss Corbo's claims, brought pursuant to the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Corbo v. Loudon Cnty. Pub. Sch.*, No. 1:23-cv-00771-LMB-IDD (E.D. Va. Sept. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2